

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00233-CV

---

Super Starr International, LLC, Lance Peterson, Red Starr, SPR de R.L. de C.V., and
Kemal Mert Gumus
v.
Fresh Texas Produce, LLC, Individually and derivatively on behalf of Tex Starr
Distributing, LLC

---

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-4741-16-A

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants, Super Starr International, LLC, Lance Peterson, Red Starr, SPR de R.L. de C.V., and Kemal Mert Gumus.

We further order this decision certified below for observance.

April 18, 2019